### D. F. KNIGHT V. M. E. STEELE, ADMINISTRATOR.

A petition for a writ of error sought to bring up parts of two separate and distinct judgments of the district court, rendered at different terms; which judgments were not properly described in the petition or the citation in error. For these reasons, and because it does not appear by the return upon the citation that a copy of the petition for the writ of error was delivered to the defendant in error, his motion to dismiss is sustained and the cause is stricken from the docket.

ERROR from Williamson.

The petition for the writ of error alleged that the two judgments referred to were " to the same intent," meaning probably that they were for the same debt. The judgments themselves were merely referred to rather than described; and the petition asked for a writ of error to " that part " of each judgment which was " to the same intent." The return on the citation in error only showed that a copy of the citation itself was delivered to the defendant in error.

No brief for the plaintiff in error.

*John A. Green,* for the defendant in error, moved to dismiss.

OGDEN, J.—The transcript in this case was filed in November, 1868, and no further action taken by the plaintiff in error, to prosecute the case. And now the defendant has filed a motion to

dismiss the writ of error, for reasons set out in the motion; which motion we think should be sustained.

The petition for a writ of error seeks to bring up here, for revision, parts of two separate and distinct judgments, rendered at different terms of the court; and the judgments sought to be revised are not properly described in the petition nor citation, and there is a material variance in the judgments set out in the petition and citation, and the records of the causes sent up.

The service in the citation in error is fatally defective and not sufficient to give this court jurisdiction of the cause. For these reasons the writ of error is dismissed, and the cause stricken from the docket.

Dismissed.